IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN GREENLEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-630-JJF-LPS |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

**WHEREAS**, the defendant filed an answer to the complaint (D.I. 7) on December 14th, 2007,

**IT IS HEREBY ORDERED** that the parties shall confer and submit to the Court no later than January 23, 2008 a schedule to govern briefing of case-dispositive motions.

**IT IS FURTHER ORDERED** that the parties should confer and discuss the possibility of consent to magistrate jurisdiction. If the parties unanimously agree to consent to magistrate jurisdiction, they should submit to the Court the appropriate form (Form AO85, available on U.S. Magistrate Judge Leonard P. Stark's web page) no later than January 23, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

Wilmington, Delaware
January 8th, 2008