IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KAREN GREENLEE, :
    Plaintiff,
                                              :

v.                                         :    Case No. 1:07-cv-00630-JJF-LPS

MICHAEL J. ASTRUE,
COMMISSIONER, OF SOCIAL    :
SECURITY
    Defendant.                          :

**PROPOSED BRIEFING SCHEDULE ORDER**

IT IS ORDERED that the Plaintiff shall file a Motion for Summary Judgment and a Brief in support thereof on or before **March 14, 2008**. Defendant shall file a cross motion for summary judgment and an answering brief within **thirty (30) days** of receiving Plaintiff's opening brief. Plaintiff's reply brief shall be filed within **fourteen (14) days** after Plaintiff receives Defendant's answering brief.

_____
United States District Magistrate Judge