IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN GREENLEE, | : |
|    Plaintiff, | : |
| | : |
| v. | : Case No. 1:07-cv-00630-JJF-LPS |
| | : |
| MICHAEL J. ASTRUE, | : |
| COMMISSIONER, OF SOCIAL | : |
| SECURITY, | : |
|    Defendant. | : |

**ORDER**

AND NOW, this 13th day of March, 2008, upon consideration of Plaintiff's Motion for Enlargement of Time, it is hereby ORDERED that the time in which the Plaintiff may file a Motion for Summary Judgment and a Brief in support thereof is enlarged to **April 14, 2008**. Defendant shall file a Cross Motion for Summary Judgment and an Answering Brief within **thirty (30) days** of receiving Plaintiff's Opening Brief. Plaintiff's Reply Brief shall be filed within **fourteen (14) days** after Plaintiff receives Defendant's Answering Brief.

_____
U.S. Magistrate Judge